# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP ROY GALANTI,
                              Appellant,
                vs.
THE STATE OF NEVADA,
                              Respondent.

No. 72895

FILED

JUN 28 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for credit for time served. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Eric Johnson, District Judge
       Philip Roy Galanti
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

17-21583